**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KULJIT KAUR; JASMINE KAUR; JASKARAN SINGH, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-70734 <br><br> Agency Nos. A055-719-419 <br> A055-719-420 <br> A055-719-421 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Kuljit Kaur and her children, natives and citizens of India, petition for

review of the Board of Immigration Appeals' ("BIA") order dismissing their

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

appeal from an immigration judge's ("IJ") decision denying their motion for a continuance of removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion for a continuance, *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009), and we deny the petition for review.

The agency did not abuse its discretion in denying petitioners' August 10, 2005, request for a further continuance because both the BIA and the IJ offered reasoned bases for the denial, and petitioners did not establish that a further continuance would benefit their pursuit of relief from removal. *See Singh v. INS*, 213 F.3d 1050, 1052 (9th Cir. 2000) (agency abuses discretion when it acts "arbitrarily, irrationally, or contrary to law") (internal quotation marks and citations omitted); *see also Ahmed*, 569 F.3d at 1012 (evaluating, among other factors, the nature of evidence excluded as a result of the denial of the continuance, the reasonableness of the immigrant's conduct, and the reasoned bases of the agency's denial).

**PETITION FOR REVIEW DENIED.**